**UNITED STATES, Plaintiff-Appellant, v. Louis H. PINK, as Successor, etc., Defendant-Appellee.**

No. 474.

Circuit Court of Appeals, Second Circuit.

June 10, 1936.

Lamar Hardy, U. S. Atty., of New York City (E. J. Ennis, Asst. U. S. Atty., and Craigh Leonard, Sp. Asst. to U. S. Atty., both of New York City, of counsel), for the United States.

Campbell & Whipp and F. B. Campbell, all of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed in open court.

**UNITED STATES of America, Appellant, v. Harry ROSE, Appellee.**

No. 8184.

Circuit Court of Appeals, Ninth Circuit.

May 4, 1936.

J. A. Carver, U. S. Atty., and E. H. Casterlin and Frank Griffin, Asst. U. S. Attys., all of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.